### 5131. GASKINS v. KNIGHT.

RUSSELL, C. J.　No error of law was committed in the trial; the evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.　Upon the only proposition of law involved the decision is controlled by the ruling of the Supreme Court in *Rowe* v. *Spencer*, 140 *Ga.* 540 (79 S. E. 144).　　　　　*Judgment affirmed.*
　　　　　　　DECIDED NOVEMBER 25, 1913.

Trover; from city court of Nashville—Judge Crawford presiding. July 16, 1913.

*J. W. Powell, Lovett & Murray,* for plaintiff in error.
*Knight, Chastain & Gaskins,* contra.